THE STATE OF TEXAS ↑ | ORIGINAL CAUSE |    IN THE DISTRICT COURT
VS         | 2014-CR5570 |     187 JUDICIAL DISTRICT
MARCUS COOPER    ↖ [December 8, 2014]    BEXAR COUNTY, TEXAS
                reindicted

MOTION FOR INSPECTION OF GRAND JURY
TESTIMONY

DATE: 01-28-15

FILE IN WRIT FILE

BY: _LAL_

TO the Honorable Judge of said COURT:

Now comes MARCUS COOPER, defendant in the above entitled and numbered cause, and files this his Pro SE Motion to Require the State to Required to furnish a copy OF GRAND JURY TESTIMONY, and support of would show the following:

I.

After the action of the Grand JURY, there is no longer a need for secrecy. Prior to a trial on merits the defendant has [special reasons] and Particular need to have a copy OF GRAND JURY TESTIMONY, because testimony's my show wit!

II.

1. ✓ All of the States evidence was bias against me, and prejudicial.
2. ✓ THe witness could not identify her (accused or defendant) on supposed Photo LineUP.
3. ✓ THe witness is a prostitute who is not creadoble, an still working the streets.
4. ✓ Multiple DNA's were found on witnes), an State my have or is going to make deals with witness to testify against me at trial.
5. ✓ It is believed that the District Attorney is or have presented false evidence of alled offense.
6. ✓ A Prosecutor may not make false or misleading statements to A Grand Jury that is unfair to the accused.
7. The false alligation are a violation of:
(1) The 5th Amendment of the U.S. Constitutions.
(2) Official Oppression.
(3) The 14th Amendment of U.S. Constitution DUE Process.

(4) ✱ note: Also in brief conversation with Dectective I never confessed to alled crime, an never mention the prostitute wittness name on indictment.

Mint Acosta, Clerk

JAN 26 2015

COURT OF CRIMINAL APPEALS
RECEIVED IN

### III.

During the trial of the case, the defendant is entitled to a copy of the Grand Jury Testimony, of any witness testifying on behalf of the State. This testimony is authorized by <u>Rule 614(f)(3)</u> of Texas Rules of Criminal Evidence.) and the defendant and counsel is entitled to review such testimony Proceedings. To Prevent significant delay during trial case, the State should be ordered to provide Grand Jury Statements, in advance of trial.

Wherefore Premises considered, the defendant prays that <u>DC</u> court <u>187</u> hold an conduct a hearing, to require the state to Produce an furnish to defendant Prior to trial a copy of Grand Jury Testimony, An State be ordered to furnish a copy of all statements made by State's witness testifies on direct any statement made by such witness before the Grand Jury.

<u>Mann Cogn</u>
Defendant Pro SE

# CERTIFICATE OF SERVICE

I, hereby certify that on this the 21st day of January 2015, A true an correct copy of the above and foregoing Motion FOR INSPECTION OF GRAND JURY TESTIMONY, was transmitted to the office of Supreme Court of Criminal Appeals Bldg. 201 W. 14. St, Room 106 Austin, TX 78711

ATTN: SUPREME COURT

1/21/15

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

Defendant Pro SE

Cause NO: 2014-CR10168

[Original cause
# 2014-CR5570] ⏎

THE STATE OF TEXAS                    IN THE DISTRICT COURT

VS.                                    187 JUDICIAL DISTRICT

MARCUS COOPER                          BEXAR COUNTY, TEXAS ↑

2nd, Re-filed new Cause#2014-CR10168

## MOTION REQUESTING PROSECUTION TO

## REVEAL AGREEMENT WITH WITNESS

TO THE HONORABLE JUDGE OF SAID COURT:

Come now  MARCUS COOPER , Defendant in the above styled
and numbered cause and files this Motion Requesting Prosecution to Reveal
Agreement with Witnesses, in the nature of concessions by the State of Texas to
the witness which could influence the testimony of the witness, and in support of
said motion would show the Court the following:

### I.

The witness, DANIELLE MARIA LOPEZ , is a cooperating conspirator
in the offense with which the Defendant is charged. The witness will testify on
direct examination as a key prosecution witness and his testimony seeks to
implicate inculpate Defendant as having engaged in the criminal conduct alleged
herein.

### II.

If the prosecution has made either promises or implied that it will make
concessions to the witness in order to induce his testimony, the defense has a right
to know the nature of the concession made, promised or implied to the witness or
his representatives in order to prove that the witness' testimony was biased by
such decisions. Without such disclosure, defense counsel can only speculate that
the concessions probably involve doubtful proof on the issue of credibility. To
deny disclosure of information which could influence the witness testimony
violates Defendant's right to due process of law.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court issue an Order requiring the prosecution reveal the exact nature of negotiations and discussions with the witness DANIELLE Maria LOPEZ or his attorney concerning any promises or expectations, expressed or implied, regarding concessions which could or might be expected to occur in the event witness Danielle Maria LOPEZ cooperated with the prosecution by testifying against Defendant herein

Respectfully submitted,

_Marcus Coop_

_____
Attorney for Defendant

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 24th day of December, 2014, a true and correct copy of the above and foregoing Motion Requesting Prosecution to Reveal Agreement with Witnesses was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Marcus Coop_

Defendant

## ORDER

On this the ____ of _____, ____, came on to be heard Defendant's Motion Requesting Prosecution to Reveal Agreement with Witnesses and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, ____.

_____
Judge Presiding